**VIOLATION NO:** V 116796

**PRINT OFFICER NAME:** Kerr
**OFFICER NO:** 1547

V 116796

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**DATE AND TIME OF OFFENSE:** 10/15/04 @ 1355
**OFFENSE CHARGED:** Title 38 CFR 1.218(b) 39
**PLACE OF OFFENSE:** Main entrance north smoking area
**OFFENSE DESCRIPTION:** Possession of knives which exceed three inches Folding fish fillet knife

**DEFENDANT'S LAST NAME:** Flanagan
**FIRST NAME:** Michael
**MI:** S
**STREET ADDRESS:** P.O. Box 7394
**CITY:** Tampa
**STATE:** FL
**ZIP CODE:** 33603
**DATE OF BIRTH:** 4-24-59
**DRIVER'S LICENSE NO:** F452-557-59-140
**DL STATE:** FL
**SOCIAL SECURITY NO:** 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

### VEHICLE DESCRIPTION

| VEHICLE TAG NO | VEHICLE TAG STATE | YEAR | VEHICLE MAKE | VEHICLE COLOR |
|---|---|---|---|---|
|  |  |  |  |  |

A ☐ YOU MUST APPEAR IN COURT *SEE INSTRUCTIONS*

B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS *SEE INSTRUCTIONS*

___ I wish to terminate this matter by paying the collateral shown below, enclosed

___ I plead not guilty and promise to appear as required

### YOUR COURT DATE

**COURT ADDRESS:** To be notified.
**DATE:**
**TIME:**

**COLLATERAL (Fine):** $100.00

For payment by credit card, see instructions.

ORIGINAL - CVB COPY

VA FORM 9019 AUG 2001(R)

CVB Scan 11/1/2004 12:23:16

---

## STATEMENT OF PROBABLE CAUSE
*(for issuance of an arrest warrant or summons)*

I state that on Oct 15, 2004 while exercising my duties as a law enforcement officer in the Middle District of Florida, Flanagan was observed standing the smoking area of bldg one with a black pouch that appeared to contain a knife. When VA Police approached Flanagan for questioning Flanagan refused to surrender his ID and used profanities. He was then placed under arrest and searched. The pouch was checked and did contain a 7" Tarpon Bay Fish Fillet fixing knife which was confiscated and placed in evidence.

The foregoing statement is based upon
☐ my personal observation
☒ information supplied to me ...
☐ other (explain above)

I declare ... that the information ... set forth above ... is true and correct ...

10/15/04 Sandra Q Kerr